UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIZZY D. WELLS, JR.,

    Plaintiff,

v.    Case No. 16-cv-1680-pp

WEND MILLER, et al.,

    Defendants.

## DECISION AND ORDER DISMISSING CASE

  On August 29, 2017, the court gave the plaintiff the opportunity to file an amended complaint by September 29, 2017. Dkt. No. 8. At the plaintiff's request (dkt. no. 9), the court extended the deadline to November 1, 2017. Dkt. No. 10. The court advised the plaintiff that if he chose not to file an amended complaint by the deadline, the court would dismiss his case without prejudice based on his failure to diligently pursue it. See Civil L.R. 41(c). According to the court's records, the plaintiff has not filed an amended complaint (or anything else) since the court extended that deadline, and the deadline now has passed.

  The court **DISMISSES** this case without prejudice. The plaintiff may refile his complaint, subject to any relevant statute of limitations. If he does, the court will require him to pay another filing fee.

  Dated in Milwaukee, Wisconsin, this 20th day of November, 2017.

          BY THE COURT:

          _____
          **HON. PAMELA PEPPER**
          **United States District Judge**